UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**QWENTIN LAMAR BANKS**  **PLAINTIFF**

v.  CIVIL ACTION NO. 4:20-CV-P120-JHM

**JOSEPH STRATTON et al.**  **DEFENDANTS**

### MEMORANDUM

By Order entered November 16, 2020 (DN 6), this Court ordered Plaintiff Qwentin Lamar Banks to complete and sign page 6 of the 42 U.S.C. § 1983 complaint form. In doing so, the Court warned Plaintiff that failure to comply within the time allotted would result in dismissal of the instant action.

More than 30 days have passed since entry of that Order without compliance from Plaintiff. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date: January 11, 2021

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4414.009